

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

13CR1666-AJB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: ~~13MJ8152~~ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | FINDINGS OF FACT AND ORDER |
| David GEBHART, ) | OF DETENTION |
| Defendant. ) | |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 et seq.), a detention hearing was held on March 7, 2013, to determine whether Defendant, David GEBHART, should be held in custody pending trial on the grounds that Defendant is a flight risk and a danger to the community. Assistant U.S. Attorney Karla K. Davis appeared on behalf of the United States. Court-appointed counsel Scott Pactor appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services report, and the Complaint issued against the Defendant on March 4, 2013, by this Court, the Court concluded that the facts established by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community, and that by a preponderance of the evidence, Defendant is a flight risk.

///

I

FINDINGS OF FACT

A.    Nature and Circumstances of the Offense Charged (18 U.S.C. §3142(g)(1)):

1.    The Defendant is charged in Criminal Complaint No. 13MJ8152 with Title 18, U.S.C., Section - 554 - Attempt to Smuggle Goods from the United States to wit:

One Izhmash (AK) Model Saiga 7.62x39 caliber rifle, serial number obliterated;

One Izhmash (AK) Model Saiga, 7.62x39 caliber rifle, serial number obliterated;

One CAJ (AK) Model Mak-90, 7.62x39 caliber rifle, serial number obliterated;

One AK Model unknown, one 7.62x39 caliber rifle, serial number obliterated; and

998 rounds of 7.62x39 ammunition contrary to laws and regulations of the United States, and which in fact would have been contrary to Title 18, U.S.C., Section 922(a)(5), and Title 22, U.S.C., Section 2778; all in violation of Title 18, U.S.C., Sections 554(a) and 2.

2.    The charged offense is an offense punishable by a maximum term of imprisonment of 10 years.

3.    According to the United States Sentencing Guidelines, the Base Offense level is 26. See USSG § 2K2.1(a)(1). Assuming the Defendant's criminal history score places him in Criminal History Category I, see USSG § 4A1.1. The sentencing range for the Defendant is 63-78 months in prison. Therefore, probable cause exists to believe the Defendant committed the charged offense.

///

///

///

B.    Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2)):

1.    On March 3, 2013, at the Andrade, California Port of Entry, Defendant was the driver and registered owner of a 2002 Dodge pickup truck. During a southbound operation conducted by Customs and Border Protection Officers (CBPO), Defendant was inspected by CBPOs upon exiting the United States. During primary inspection, CBPO G. Dahin questioned Defendant regarding his destination. Defendant stated he was en route to the beach in Mexico, and he was coming from his home in Chandler, Arizona. CBPO Dahin asked Defendant if he had anything to declare such as more than $10,000.00 in currency or in monetary instruments, or weapons, or ammunition. Defendant replied, "No." CBPO Dahin noticed Defendant was nervous and a strong odor of air freshener emitting from the vehicle. CBPO Dahin referred the vehicle to the secondary area for further inspection. During secondary, CBPO Chin's Currency and Firearms Detector Canine alerted to the glove box of the vehicle, revealing a lead-lined, specially-built compartment within the firewall area of the vehicle. The packages were wrapped in clear cellophane and contained four AK series rifles and 998 rounds of 7.62x39 ammunition. Defendant denied knowledge of the weapons and ammunition found in the vehicle.

C.    History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3)):

1.    Defendant is a United States citizen.

2.    Defendant resides in Chandler, Arizona.

3.    Defendant is a self-employed mechanic.

D.    Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4)):

1.    The type and number of firearms and amount of ammunition weigh, by clear and convincing evidence, in finding that the Defendant poses a danger to the community. Defendant has the following criminal history:

01/10/07 - 13-2904 Disorderly Conduct

1 year probation, community service

3

## II

## REASONS FOR DETENTION

A.   There is probable cause to believe that the Defendant committed the offenses charged in the Complaint which was filed in the Southern District of California,  Case No. 13MJ8152.

B.   Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint.  He therefore has a strong motive to flee.

C.   Based upon the Court's findings, no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings.

## III

## ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

///
///
///
///
///
///
///
///
///
///

4

1    While in custody, upon order of a court of the United States or upon the request

2    of an attorney for the United States, the person in charge of the correctional facility shall

3    deliver the Defendant to the United States marshal for the purpose of an appearance in

4    connection with a court proceeding or any other appearance stipulated to by defense and

5    government counsel.

6    THIS ORDER IS ENTERED WITHOUT PREJUDICE.

7    IT IS SO ORDERED.

8    DATED:   3-13-2015   .

9

10

11    HON. PETER C. LEWIS
      UNITED STATES MAGISTRATE JUDGE

12    Prepared by:

13    LAURA E. DUFFY
14    United States Attorney

15

16

17    KARLA DAVIS
18    Assistant U.S. Attorney

19    cc:   Scott Pactor
            Counsel for Defendant

20

21

22

23

24

25

26

27

28

5